Kendria Y. WEST, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2010–7020.

United States Court of Appeals,
Federal Circuit.

May 4, 2010.

ON MOTION

*ORDER*

Upon consideration of the appellant's motion to reinstate her appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the April 7, 2010 dismissal order is vacated, and the appeal is reinstated.

(2) The appellee should calculate his brief due date from the date of filing of this order.

In re Brad M. MONCLA, Matthew J. Kalinowski, Dave Speth, Charles Diehl, Dale Schmidth, Kevin D. Maak, and Ronald Wevers.

No. 2010–1126.

United States Court of Appeals,
Federal Circuit.

May 6, 2010.

ON MOTION

*ORDER*

The Director of the United States Patent and Trademark Office and Brad M. Moncla move jointly for a remand to the Patent and Trademark Office for further proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.